CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard



**FILED**
DISTRICT COURT OF GUAM

OCT 2 0 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant In Personam,<br><br>M/V BONITA aka M/V TRANSPACIFIC,<br><br>Defendant In Rem. | CIVIL CASE NO. **06-00033**<br><br>**VERIFIED COMPLAINT FOR MARITIME ATTACHMENT IN REM AND FOR BREACH OF A MARITIME CONTRACT IN PERSONAM; EXHIBIT A** |

Plaintiff Guam Industrial Services, Inc., dba Guam Shipyard ("Guam Shipyard") alleges as follows:

1. This is an admiralty and maritime claim within the jurisdiction of the United States and of this Honorable Court pursuant to 28 U.S.C. § 1333, and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. Jurisdiction in this Court is also proper pursuant to 28 U.S.C. §§ 1345 and 2201.

3. Jurisdiction in this Court is also proper by way of diversity jurisdiction (28 U.S.C. § 1332), as the mater in controversy exceeds $75,000, and is between citizens of different states, specifically, Guam and Connecticut.

4. Guam Shipyard is incorporated and has its principal place of business in the Territory of Guam.

5. Upon information and belief, Defendant Transatlantic Lines ("Transatlantic") is incorporated and has its principal place of business in Connecticut.

6. Defendant Transatlantic Lines cannot be found within the District of Guam within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims. In particular, (1) no place of business for Transatlantic Lines has been found on Guam; (2) no agent for service of process for Transatlantic Lines has been found on Guam; (3) Transatlantic Lines has no listing in the Guam telephone directory.

7. Upon information and belief, Transatlantic owned, owned pro hac vice, operated, managed, chartered, or controlled the M/V BAFFIN STRAIT.

8. Upon information and belief, Transatlantic owns, owns pro hac vice, operates, manages, charters, or otherwise controls the M/V BONITO aka M/V TRANSPACIFIC.

9. Transatlantic contracted with Guam Shipyard for Guam Shipyard to make certain repairs to the M/V BAFFIN STRAIT.

10. Between November and December 2004, Guam Shipyard performed and completed repairs on the M/V BAFFIN STRAIT at Guam Shipyard's facility. A listing of work performed and completed on the M/V BAFFIN STRAIT is attached hereto as Exhibit A. Transatlantic accepted the vessel and the work.

11. The cost for all work listed on Exhibit A is $379,044.19.

12. Transatlantic paid Guam Shipyard $175,000 as a deposit and has been duly credited.

13. The outstanding principal balance owed to Guam Shipyard amounts to TWO HUNDRED FOUR THOUSAND FORTY FOUR AND 19/100 DOLLARS ($204,044.19).

14. Without legal cause or any justification, Transatlantic has failed to pay the outstanding amount in spite of repeated requests.

WHEREFORE, Plaintiff prays for the following relief:

1. For judgment against Transatlantic in favor of Guam Shipyard in the principal amount of TWO HUNDRED FOUR THOUSAND FORTY FOUR AND 19/100 DOLLARS ($204,044.19), plus accrued interest of $105,218, costs of suit, post-judgment interest, U.S. Marshal's fees, custodial fees and costs, and attorneys fees and costs.

2. For an order providing for pre-judgment attachment of the M/V BONITO aka M/V TRANSPACIFIC and its engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, all pursuant to and authorized by Federal Rule of Civil Procedure Supplemental Admiralty Rule B.

3. For such other relief as the Court deems proper.

DATED: Hagåtña, Guam, October 20, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

# VERIFICATION

GUAM U.S.A.               )
                          )   ss:
Municipality of Hagåtña   )

I, MATHEWS POTHEN, being duly sworn, depose and say:

1. I am President of Guam Industrial Services, Inc., dba Guam Shipyard., the plaintiff in the above entitled action.

2. I have read the foregoing Verified Complaint for Maritime Attachment In Rem and for Breach of a Maritime Contract In Personam and know the contents thereof, and such contents are true and correct to the best of my knowledge, information, and belief.

3. In my capacity as President, I am duly authorized to verify this complaint.

Further the Affiant sayeth naught.

DATED: Hagåtña, Guam, October 20th, 2006.

_____
MATHEWS POTHEN

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, in and for Guam USA, this 20th day of October 2006, by MATHEWS POTHEN.



_____
NOTARY PUBLIC

JUNE M. C. BORJA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: May 23, 2010
My Commission Number: NP# 06-0057P
#456 Chalan Canton Tutujan, Sinajana, Guam 96910

# EXHIBIT

# "A"



# GUAM SHIPYARD

P.O. Box 13010
Santa Rita, Guam 96915
(671) 339-3365/5258 Fax (671) 339-3610/4198



INVOICE NO: 002809
DATE: January 13, 2005

TRANSATLANTIC LINES
6 LINCOLN AVENUE
GREENWICH, CONNECTICUT 06830-5751
Tel: 203-625-5514  Fax: 203-863-9354

| SALESPERSON | P.O. NUMBER | PROJECT | JOB ORDER NO. | TERMS |
|---|---|---|---|---|
| W HANLON | N/A | M/V BAFFIN STRAIT | 0317-0001-0000 | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| I LOT | TO BILL YOU FOR THE LABOR AND MATERIALS FOR THE SERVICES RENDERED TO M/V BAFFIN STRAIT (4% GRT INCLUDED) | | $ 379,044.19 |
| | LESS: DEPOSIT | | ( 175,00.00) |
| | TOTAL AMOUNT DUE | | $ 204,044.19 |
| | | SUB TOTAL | $ 204,044.19 |
| | | GRT | |
| | | TOTAL DUE | $ 204,044.19 |

NOTE: A 2% Finance Charge will be charged on invoice over 30 days past due.  A $35.00 service fee will be charged to all returned check.

Make all checks payable to: GUAM SHIPYARD
If you have any questions concerning this invoice, call: Rossana G. Diaz at (671) 339-8222 or E-mail at
**rdiaz@guamshipyard.net**

## *We appreciate your business!*

| CONTRACTOR NAME: GUAM SHIPYARD | | | | | M/V BAFFIN STRAIT Contract Nr: Progress Report Sheet | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | JobTitle | Prime Man-Hours | Total Price | Start Date | End Date | Revised Date | Percent Completio | Category Key | Status |
| Arrival | Hull Survey Diver | 0 | $ 2,425.50 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | DHL Bills | 0 | $ 299.23 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | Additional Guards | 44 | $ 3,353.03 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | Order 30 nuts & check valve | 0 | $ 1,121.51 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | Computer Assist | 0 | $ 465.47 | 11/06/04 | 12/31/04 | | | | C |
| WI001 | Safety Releif Valves | 94 | $ 5,277.50 | 11/06/04 | 12/31/04 | | | | C |
| WI 002 | Life boat test & re wire | 112 | $ 5,720.00 | 11/06/04 | 12/31/04 | | | | C |
| WI003 | Labor Assist Fire Protection | 2784 | $ 151,233.79 | 11/06/04 | 12/31/04 | | | | C |
| WI004 | Oily Water Seperator | 120 | $ 6,650.00 | 11/06/04 | 12/31/04 | | | | C |
| WI005 | Blast & Paint fwd. Crane | 272 | $ 18,298.28 | 11/06/04 | 12/31/04 | | | | C |
| WI006 | Hydro Water test hot water | 90 | $ 5,193.00 | 11/06/04 | 12/31/04 | | | | C |
| WI007 | Remote Reach Rod (1) | 174 | $ 12,428.34 | 11/06/04 | 12/31/04 | | | | C |
| WI008 | Trouble Shoot # 2 Air Compressor | 35 | $ 2,692.33 | 11/06/04 | 12/31/04 | | | | C |
| WI009 | Sound Powered Telephone | 173 | $ 10,868.75 | 11/06/04 | 12/31/04 | | | | C |
| WI010 | Bus Breaker | 12 | $ 660.00 | 11/06/04 | 12/31/04 | | | | C |
| WI011 | Hatch Cover Assist | 427 | $ 26,695.00 | 11/06/04 | 12/31/04 | | | | C |
| ~~WI012~~ | ~~CBD Room~~ | 0 | $ - | 11/06/04 | 12/31/04 | | | | X |
| WI013 | No 2 Air compressor motor rewind | 56 | $ 3,000.00 | 11/06/04 | 12/31/04 | | | | C |
| WI014 | Rail & Containment | 188 | $ 10,266.25 | 11/06/04 | 12/31/04 | | | | C |
| WI015 | Trouble Shoot Prov Crane | 347 | $ 19,383.25 | 11/06/04 | 12/31/04 | | | | C |
| WI016 | Ship Hailing and Marking | 77 | $ 4,138.75 | 11/06/04 | 12/31/04 | | | | C |
| WI017 | Trouble Shoot repair 4 lights | 71 | $ 3,987.75 | 11/06/04 | 12/31/04 | | | | C |
| WI018 | Fabricate sheet matal spacers for oily water seperator | 24 | $ 1,488.75 | 11/06/04 | 12/31/04 | | | | C |
| WI019 | Typhoon Moore Ship | 218 | $ 14,971.42 | 11/06/04 | 12/31/04 | | | | C |
| WI020 | R/R Stantions on flying bridge for electronics | 16 | $ 857.75 | 11/06/04 | 12/31/04 | | | | C |
| WI021 | Stencil sets | 12 | $ 657.75 | 11/06/04 | 12/31/04 | | | | C |
| WI022 | Pulley Re-Sleave | 16 | $ 857.75 | 11/06/04 | 12/31/04 | | | | C |
| WI023 | Valve | 16 | $ 857.75 | 11/06/04 | 12/31/04 | | | | C |
| WI024 | Sound powered telephone | 0 | $ - | 11/06/04 | 12/31/04 | | | | C |
| WI025 | Gages | 16 | $ 857.75 | 11/06/04 | 12/31/04 | | | | C |
| WI026 | Addl Hatch Work | 12 | $ 657.75 | 11/06/04 | 12/31/04 | | | | C |
| WI027 | Relocate hose stations (2) and cabinet | 24 | $ 1,273.25 | 11/06/04 | 12/31/04 | | | | C |

CONTRACTOR NAME:        M/V BAFFIN STRAIT

GUAM SHIPYARD

**Contract Nr:**
**Progress Report Sheet**

| Item No. | JobTitle | Prime Man-Hours | Total Price | Start Date | End Date | Revised Date | Percent Completio | Category Key | Status |
|---|---|---|---|---|---|---|---|---|---|
| Arrival | Hull Survey Diver | 0 | $ 2,425.50 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | DHL Bills | 0 | $ 299.23 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | Additional Guards | 44 | $ 3,353.03 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | Order 30 nuts & check valve | 0 | $ 1,121.51 | 11/06/04 | 12/31/04 | | | | C |
| Arrival | Computer Assist | 0 | $ 465.47 | 11/06/04 | 12/31/04 | | | | C |
| WI001 | Safety Releif Valves | 94 | $ 5,277.50 | 11/06/04 | 12/31/04 | | | | C |
| WI 002 | Life boat test & re wire | 112 | $ 5,720.00 | 11/06/04 | 12/31/04 | | | | C |
| WI003 | Labor Assist Fire Protection | 2784 | $ 151,233.79 | 11/06/04 | 12/31/04 | | | | C |
| WI028 | Provide Labor Assist to Engineer | 294 | $ 14,998.25 | 11/06/04 | 12/31/04 | | | | C |
| WI029 | Remove and re install door to laundry to rig equipment | 52 | $ 2,657.75 | 11/06/04 | 12/31/04 | | | | C |
| WI030 | Rewind Motor Acom Ladder | 61 | $ 3,546.50 | 11/06/04 | 12/31/04 | | | | C |
| Berthing | Per berthing schedule | 0 | $ 41,104.04 | 11/06/04 | 12/31/04 | | | | C |
| | **Grand Totals** | **5,837** | **$ 379,044.19** | | | | **100.00%** | | |

Payment to Date     $ 175,000.00

Final Payment Due    $ 204,044.19