CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard



FILED
DISTRICT COURT OF GUAM

OCT 2 0 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>In Personam Defendant,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>In Rem Defendant. | CIVIL CASE NO. 06-00033<br><br><br><br>**MOTION FOR ORDER APPOINTING A SUBSTITUTE CUSTODIAN** |

Plaintiff Guam Industrial Services dba Guam Shipyard ("Guam Shipyard"), by and through its attorneys Carlsmith Ball LLP, having appeared, makes the following recitals:

1. On October 20, 2006, Guam Shipyard filed a Complaint praying that M/V BONITO aka M/V TRANSPACIFIC, its engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, be condemned and sold to pay Plaintiffs' demands and claims and for other proper relief.

2. On _____, the Clerk issued a Writ of Attachment of the vessel commanding the Marshal of the District Court of Guam, or his designee, to arrest and take into custody the vessel and to detain the same in his custody until further Order of the Court.

3. It is contemplated that the Marshal will seize the Defendant vessels forthwith. Custody by the Marshal requires the services of one or more keepers alone and not including charges for wharfage and the other services usually associated with safekeeping vessels similar to this vessel.

4. The Defendant vessel is currently berthed at the Port of Guam.

5. Oceaneer Enterprises, through its principal owner Jurgen Unterberg, has agreed to assume the responsibility of safekeeping the said vessel and has consented to act as the custodian upon Order of this Court, all for a sum, including wharfage and routine services required for the safekeeping of the particular vessels, at a rate of $768 00/100 per day. The Marshal is unable to perform or to have performed at a comparable rate these same services. Additional services to be performed by Mr. Unterberg will be provided on an as-needed basis. In any case, the transfer of the Defendant vessel to the substitute custodian for safekeeping will not be effected until the Court approves such custodianship and all such charges have been paid by the moving party.

For the foregoing reasons, Guam Shipyard respectfully requests an Order appointing Oceaneer Enterprises and Jurgen Unterberg as substitute custodian of the M/V BONITO aka M/V TRANSPACIFIC.

DATED: Hagåtña, Guam, October 20, 2006.

CARLSMITH BALL LLP

_/s/ David Ledger_
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard