CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

FILED
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant In Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant In Rem. | CIVIL CASE NO. 06-00033<br><br>REQUEST TO COURT TO ISSUE WRIT OF ATTACHMENT IN REM (FEDERAL RULES OF CIVIL PROCEDURE SUPPLEMENTAL RULE OF ADMIRALTY B) |

Plaintiff Guam Industrial Services dba Guam Shipyard ("Guam Shipyard") respectfully requests that the Court issue a Writ of Foreign Attachment in the above-captioned proceeding and direct the Marshal of the District Court of Guam to attach Defendant Transatlantic Lines' goods and chattels in the Territory of Guam to the amount sued for, specifically, the M/V BONITO aka M/V TRANSPACIFIC.

DATED: Hagåtña, Guam, October 20, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard