CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

FILED
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant In Rem. | CIVIL CASE NO. 06-00033<br><br>**AFFIDAVIT OF ELYZE MCDONALD** |

GUAM, U.S.A.         )
                     ) ss:
Municipality of Hagåtña )

I, Elyze McDonald, being first duly sworn, state as follows:

1. On information and belief, Defendant Transatlantic Lines cannot be found within the District of Guam within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims. In particular, (1) no place of business for Transatlantic Lines

has been found on Guam; (2) no agent for service of process for Transatlantic Lines has been found on Guam; (3) Transatlantic Lines has no listing in the Guam telephone directory.

2. On information and belief, Defendant Transatlantic Lines is the owner, owner pro hac vice, operator, manager, charterer, or otherwise in control of the M/V BONITO aka M/V TRANSPACIFIC, which is currently berthed at the Port of Guam.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Hagåtña, Guam, October 20, 2006.

CARLSMITH BALL LLP

_____
ELYZE MCDONALD
Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

SUBSCRIBED AND SWORN to before, the undersigned Notary Public, in and for Guam USA, this 20th day of October 2006, by ELYZE MCDONALD



_____
NOTARY PUBLIC

**MARIE T. CAMACHO**
**NOTARY PUBLIC**
In and for Guam, U.S.A.
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagatna, Guam 96932