CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

FILED
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>In Personam Defendant,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>In Rem Defendant. | CIVIL CASE NO. 06-00033<br><br><br>ORDER |

WHEREAS Plaintiff Guam Industrial Services dba Guam Shipyard ("Guam Shipyard") has filed a Verified Complaint praying for attachment of In Rem Defendant M/V BONITO aka M/V TRANSPACIFIC, and

WHEREAS Guam Shipyard has shown to the Court by way of Affidavit that Defendant Transatlantic Lines cannot be found in the District and that Transatlantic owns, owns pro hac vice, operates, charters, or is otherwise in control of the M/V BONITO aka M/V TRANSPACIFIC, and

**ORIGINAL**

WHEREAS Guam Shipyard alleges that Transatlantic is indebted to Guam Shipyard in the amount of $204,044.19,

The Court HEREBY GRANTS Guam Shipyard's Request for Writ of Attachment In Rem

The Clerk of Court is HEREBY ORDERED to issue the Writ of Attachment In Rem and Warrant for Writ of Attachment in Rem.

SO ORDERED this October 20, 2006.

/s/ Joaquin V. E. Manibusan, Jr.
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge