CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant In Personam.<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant In Rem. | CIVIL CASE NO. **06-00033**<br><br>**WRIT OF ATTACHMENT IN REM** |

TO: THE MARSHAL OF THE DISTRICT COURT OF GUAM

Greetings:

WHEREAS, a Complaint has been filed in the District Court of Guam on the 20th day of October, 2006 by Plaintiff Guam Industrial Services dba Guam Shipyard, against Transatlantic Lines, Defendant and owner, owner pro hac vice, operator, manager, charterer, or otherwise in control of the M/V BONITO aka M/V TRANSPACIFIC, in a cause of action for damages for



breach of contract, civil and maritime, for which damages are asked in an amount of $204,044.19, and praying that process may issue in due form of law and according to the practice of this Court against the said Defendant, and for the attachment of the goods and chattels of said defendant;

NOW, therefore, we do hereby empower and strictly charge and command you, the said Marshal, to cite and admonish the said Defendant, if he shall be found in Guam, ~~to appear before the said Court, at the District Court of Guam Courthouse in Hagåtña, Guam, on the____ day of____ 2006, then and there~~ to answer the said Complaint, and to make its allegations in that behalf; and if the said Defendant cannot be found in Guam, that you attach Defendant's goods and chattels in Guam, which includes the M/V BONITO aka M/V TRANSPACIFIC, to the amount sued for.

The amount of Plaintiff's claim: $204,044.19.

DATED: Hagåtña, Guam, October 20, 2006.

*Mary L.M. Moran*
CLERK, DISTRICT COURT OF GUAM

RECEIVED
OCT 20 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM