CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant In Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant In Rem. | CIVIL CASE NO. **06-00033**<br><br>**WARRANT FOR WRIT OF ATTACHMENT IN REM (FEDERAL RULE OF CIVIL PROCEDURE SUPPLEMENTAL RULE OF ADMIRALTY B)** |

TO: THE MARSHAL OF THE DISTRICT COURT OF GUAM

WHEREAS a Complaint has been filed in this Court in the above-entitled action against the Defendants, vessels, equipment, goods, and their appurtenances upon an admiralty and maritime claim in the amount of $204,044.19, for the reasons and causes therein stated and praying for process of Writ of Attachment of said vessel and appurtenances, and that all persons interested in the said vessel and its appurtenances may be cited to answer the premises, and that

the said vessel and its appurtenances may for the causes in the said Complaint be condemned and sold to pay the demands of the Plaintiff.

YOU ARE HEREBY COMMANDED to attach the said vessel and its appurtenances, and to detain the same in your custody until the further order of the Court respecting the same, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and sold pursuant to the prayer of the said Complaint, that they must file their claim with the Clerk of the Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney of whose request the execution was effected.

DATED: Hagåtña, Guam, October 20, 2006.

_____
CLERK, DISTRICT COURT OF GUAM

**RECEIVED**
OCT 20 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM