AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**FILED**
DISTRICT COURT OF GUAM
OCT 24 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF  GUAM USA

GUAM INDUSTRIAL SERVICES DBA
GUAM SHIPYARD,
        Plaintiff,

V.

TRANSATLANTIC LINES,
        Defendant in Personam,

M/V BONITO aka M/V TRANSPACIFIC,
        Defendant in Rem.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-00033

RECEIVED
OCT 2 4 2006
US MARSHALS SERVICE-GUAM

TO: (Name and address of defendant)

M/V BONITO aka M/V TRANSPACIFIC
Apra Harbor, Guam

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elyze J. McDonald, Esq.
David Ledger, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagatna, Guam USA 96932-5027

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(BY) DEPUTY CLERK

OCT 20 2006

DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/23/06 |
| NAME OF SERVER (PRINT) David A. Punzalan | TITLE CI-DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Commercial Port, Apra Harbor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/23/06
       Date

Signature of Server
USMS
Hagatna, Guam
Address of Server

Served on Byron E. Valera
Operations Supervisor
Marianas Steamship Agencies Inc
472-8584

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.