JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*




FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO.06-00033 <br><br><br><br> **NOTICE OF RESTRICTIVE APPEARANCE** |

Please take notice that pursuant to supplemental admiralty Rule E (8), **TRANSATLANTIC LINES TANKHOLDINGS INC.**, as owner of the M/V Bonito, hereby makes a restricted appearance for the purpose of responding to the maritime attachment issued in this action pursuant to Supplement Rule B, reserving all rights to challenge that attachment, and the undersigned has been retained as counsel for said party and request that all papers in this action be served at the address set forth above.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: OCTOBER 25, 2006    BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*