JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*



FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANSATLANTIC LINES,<br><br>　　　　Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>　　　　Defendant in Rem. | CIVIL CASE NO.06-00033<br><br>**NOTICE OF EX PARTE MOTION AND MOTION FOR RELEASE OF VESSEL** |

TO:　PLAINTIFF AND ITS ATTORNEYS OF RECORD

**NOTICE IS HEREBY GIVEN** that pursuant to its restrictive appearance, **TRANSATLANTIC LINES TANKHOLDINGS INC.** ("Vessel Owner") as Owner of M/V Bonito aka M/V Transpacific ("the Vessel") and based upon Supplemental Admiralty Rule E(5)(a), and District Court of Guam Local Rule LR 7.1(j) herein files its Ex Parte Motion to release the Vessel. This motion is made on the grounds that security in the amount of $310,000 cash was deposited with the Clerk of the Court as security for claims asserted by Guam Industrial Services dba Guam Shipyard ("Plaintiff") against the

//

Vessel in this action. Because the Vessel was attached to secure a disputed debt which is alleged in include principal amount of $204,044.19 plus accrued interest of $105,218, Vessel Owner respectfully submits that it has provided sufficient security in the form of cash deposited with the Clerk of this Court to justify release of the Vessel.

The Vessel is due at another port for other commitments and further time detained in this action subjects the Vessel Owner to irreparable harm and damages.

### MOTION

**COMES NOW** Vessel Owner and moves this Honorable Court to grant its motion for an order releasing the Vessel from custody of the United States Marshal for the District on the grounds that sufficient security, in the form of cash, has been deposited with the Clerk of Court.

This application is made in compliance with District Court of Guam Local Rule 7.1(j) and is based upon the instant motion; the Affidavit of Jehan'Ad G. Martinez filed contemporaneously herewith; and the record on file herein and all evidence which may be presented at the hearing of the instant motion.

//

//

//

//

//

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Oral argument is requested if the Court deems additional information is required.

**RESPECTFULLY SUBMITTED** this 25th day of October, 2006..

        **BLAIR STERLING JOHNSON**
         **MARTINEZ & LEON GUERRERO**
        A PROFESSIONAL CORPORATION

BY:_____
    **JEHAN'AD G. MARTINEZ**
    *Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

```
A62\NEW
G:\WORDDOC\PLD\JGM\173-EX PARTE APP 4 RELEASE OF VESSEL RE
GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC
```