JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

**FILED**
DISTRICT COURT OF GUAM

OCT 25 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, ) ) ) | CIVIL CASE NO.06-00033 |
| Plaintiff, ) ) | |
| vs. ) ) | **AFFIDAVIT OF JEHAN'AD G. MARTINEZ IN SUPPORT OF EX PARTE MOTION TO RELEASE VESSEL** |
| TRANSATLANTIC LINES, ) ) | |
| Defendant in Personam, ) ) | |
| M/V BONITO aka M/V TRANSPACIFIC, ) ) | |
| Defendant in Rem. ) | |

GUAM, USA            )
                            ) ss
CITY OF HAGÅTÑA   )

I, **JEHAN'AD G. MARTINEZ**, being first duly sworn, do hereby declare and state as follows:

1.   I am over the age of 18 and legally competent to testify to the facts set forth herein, and that I do so based upon personal knowledge.

2.   I am an attorney duly licensed to practice before this Court and a principal in the law firm of Blair Sterling Johnson Martinez & Leon Guerrero, P.C., attorneys of record for Defendant

ORIGINAL

in Rem M/V Bonito aka M/V Transpacific (the "Vessel") in the above-captioned matter.

3. I have been retained by TransAtlantic Lines Tankholdings Inc. ("Vessel Owner") on a limited basis to resolve its detention.

4. $310,000 in cash paid through the Blair Sterling Johnson Martinez & Leon Guerrero Client Trust Account has been, or will be shortly, paid into the Clerk of the Court as security in lieu of detention of the Vessel.

5. I am informed by the Vessel Owner that the Vessel is due shortly in another port where it will be turned over to a chartering party for its exclusive use. I am further informed that failure to have the Vessel at the place in which the charter is to commence will cause the Vessel Owner to suffer monetary damages and irreparable harm to its reputation.

6. In an attempt to secure the release of the Vessel, I contacted Plaintiff's counsel, Elyze McDonald (Plaintiff's counsel), and stated that the amount which forms the basis for attachment of the Vessel is available to be submitted in cash form to the Clerk of Court as security in this action. Plaintiff's counsel informed me that Plaintiff requires twice the value of the claim to agree to stipulating to release of the Vessel. The Vessel Owner declined on the basis that the attachment is for the liquidated sum of slightly less than

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE. (671) 477-7857

$310,000 which is a sufficient security to insure that the Vessel responds to the claims asserted in the Complaint.

7. A follow-up phone call from Plaintiff's counsel stated that Plaintiff would agree to stipulating to the release of the Vessel for $450,000. This amount was also unacceptable to ship owner due to the reasons previously articulated.

8. I informed Plaintiff's counsel that we intended on filing an ex parte application for release of the Vessel given the expected deposit of $310,000 in cash with the Clerk of the Court. Plaintiff's counsel asked that we contact her as soon as this has been accomplished so that she can respond appropriately and be present at any oral arguments which may be deemed necessary by the Court.

9. As required in Guam District Court Local Rule, Rule 7.1(j), opposing counsel is Elyze J.T. McDonald and David P. Ledger of Carlsmith Ball, Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, Hagåtña, Guam 96910.

Further, affiant sayeth naught.

DATED: OCTOBER 25, 2006

_____
**JEHAN'AD G. MARTINEZ**

**SUBSCRIBED AND SWORN** to before me this 25th day of October, 2006, by **JEHAN'AD G. MARTINEZ**.



*(official signature and seal of notary)*

BARBARA M. Q. CRUZ
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Apr. 22, 2009
1008 Pacific News Building, 238 Archbishop
F.C. Flores St. Hagåtña, Guam 96910

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

A62\74238-01
G:\WORDDOC\PLD\JGM\174-AFF OF JGM IN SUPPORT OF EX-PARTE APPLICATION RE TRANSFER & DEPOSIT OF FUNDS.DOC