JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*




FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO. 06-00033 <br><br><br><br><br> **NOTICE OF POSTING OF SECURITY** |

COMES NOW TRANSATLANTIC LINES TANKHOLDINGS INC. ("Vessel Owner") as Owner of the M/V Bonito, and pursuant to its restricted appearance tenders the sum of $310,000 as security for claims associated with the attachment of the vessel alleged in the instant case. The Vessel Owner files the aforementioned security in lieu of its custody.

DATED this 25th day of October, 2006.

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY:_____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*