```
JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
```

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*



**FILED**
DISTRICT COURT OF GUAM

OCT 2 5 2006 

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, | CIVIL CASE NO. 06-00033 |
| Plaintiff, | |
| vs. | |
| TRANSATLANTIC LINES, | **CERTIFICATE OF SERVICE** |
| Defendant in Personam, | |
| M/V BONITO aka M/V TRANSPACIFIC, | |
| Defendant in Rem. | |

I, **JEHAN'AD G. MARTINEZ**, hereby certify that on October 25, 2006, true and correct copies of the following: **NOTICE OF RESTRICTIVE APPEARANCE; NOTICE OF POSTING OF SECURITY; NOTICE OF EX PARTE MOTION AND MOTION FOR RELEASE OF VESSEL; AFFIDAVIT OF JEHAN'AD G. MARTINEZ IN SUPPORT OF EX PARTE MOTION TO RELEASE VESSEL;** and **PROPOSED EX PARTE ORDER,** filed herein on October 25, 2006, will be served via hand delivery upon the following:

> ELYZE J.T. MCDONALD, ESQ.
> DAVID P. LEDGER, ESQ.
> CARLSMITH BALL
> BANK OF HAWAII BUILDING
> SUITE 401
> 134 WEST SOLEDAD AVENUE
> HAGÅTÑA, GUAM 96910

**DATED** this 5th day of October, 2006.

_____
JEHAN'AD G. MARTINEZ

A62\74238-01
G:\WORDDOC\PLD\JGM\175-CERTIFICATE OF SERVICE RE GUAM
INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC