DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
OCT 2 5 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES d.b.a. GUAM SHIPYARD,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>    Defendant In personam,<br><br>M/V BONITO a.k.a. M/V/ TRANSPACIFIC,<br><br>    Defendant In Rem. | Civil Case No. 06-00033<br><br>**ORDER** |

On October 25, 2006, Transatlantic Lines Tankholdings Inc., as the owner of the M/V Bonito a.k.a. M/V Transpacific (the "Vessel"), made a "restrictive appearance" before this Court for the purpose of filing an *Ex Parte* Motion for Release (the "Motion") of the Vessel upon depositing the sum of $310,000.00 in cash with the Clerk of Court. Based upon the representation that counsel for the Plaintiff objected to the request and wished to be present at any oral argument which may be deemed necessary by the Court, the Court hereby sets the Motion for hearing on Thursday, October 26, 2006, at 11:00 a.m. A written response from the Plaintiff shall be filed no later than 8:45 a.m. on October 26, 2006.

SO ORDERED this 25th day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL