JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines
and Defendant in Rem M/V Bonito aka M/V Transpacific*



FILED
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**GENERAL APPEARANCE** |

**TRANSATLANTIC LINES SHIPHOLDINGS II INC.** ("TransAtlantic"), incorrectly sued herein as "TransAtlantic Lines" hereby files a general appearance in this action and consents to the jurisdiction of this Court for all purposes with respect to the claim of the Plaintiff as identified in its Verified Complaint.

TransAtlantic is the owner of the M/V BAFFIN STRAIT, and is the entity which entered into the repair contract which forms the subject matter of the verified complaint filed herein.

TransAtlantic hereby waives any defenses of personal jurisdiction and or service of process, all other defenses

ORIGINAL

including but not limited to a defense with respect to the merits of the claim and the quantum/value of the services provided being reserved.

DATED this 25th day of October, 2006.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant in Personam TransAtlantic Lines and Defendant in Rem M/V Bonito aka M/V Transpacific*

```
A62:49\NEW
G:\WORDDOC\PLD\JGM\170-GENERAL APPEARANCE RE GUAM INDUSTRIAL
SVCS V TRANSATLANTIC LINES.DOC
```