JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines and Defendant in Rem M/V Bonito aka M/V Transpacific*



FILED
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ**, hereby certify that on October 26, 2006, true and correct copies of the following: **GENERAL APPEARANCE**, filed herein on October 26, 2006, will be served via hand delivery upon the following:

ELYZE J.T. MCDONALD, ESQ.
DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**DATED** this 26th day of October, 2006.

_____
JEHAN'AD G. MARTINEZ

A62\74238-01
G:\WORDDOC\PLD\JGM\176-CERTIFICATE OF SERVICE RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC

ORIGINAL