# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100

| | |
|---|---|
| Guam Industrial Services, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Transatlantic Lines, et al., <br><br> Defendants. | Case No. 1:06-cv-00033 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**Order re Ex Parte Motion for Release of Vessel filed October 27, 2006
Date of Entry: October 27, 2006**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** October 27, 2006

Clerk of Court
**/s/ Mary L.M. Moran**