# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-06-00033**                          **DATE:** October 26, 2006

**CAPTION:** Guam Industrial Services, Inc. - vs - Transatlantic Lines

*******************************************************************************

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Courtroom Deputy: Leilani Toves Hernandez          Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles               CSO: N. Edrosa
Hearing Electronically Recorded: 10:56:49 - 11:25:52
******************************* A P P E A R A N C E S *******************************

**COUNSEL FOR PLAINTIFF(s):**                     **COUNSEL FOR DEFENDANT(s):**

Steven Smith (telephonic)                         Jehan'ad Martinez

*******************************************************************************

**PROCEEDINGS:        EX PARTE MOTION FOR RELEASE OF VESSEL**

( X ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  _X_ Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( X ) ORDER to be Prepared By:  _Court_

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>The Court took the matter under advisement and stated that an order will be issued tomorrow morning.</u>

COURTROOM DEPUTY: _____