# United States District Court

DISTRICT OF **GUAM USA**

GUAM INDUSTRIAL SERVICES DBA
GUAM SHIPYARD,
    Plaintiff,

v.

TRANSATLANTIC LINES,
    Defendant in Personam,

M/V BONITO aka M/V TRANSPACIFIC,
    Defendant in Rem.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00033**

TO: (Name and address of defendant)  DEFENDANT M/V BONITO aka M/V TRANSPACIFIC
    c/o TRANSATLANTIC LINES
    6 Lincoln Avenue
    Greenwich, Conneticut 06830-5751

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elyze J. McDonald, Esq.
David Ledger, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagatna, Guam USA 96932-5027

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2006
MARY L.M. MORAN
CLERK OF COURT

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(BY) DEPUTY CLERK

DATE   OCT 2 0 2006

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/3/06 |
| NAME OF SERVER (PRINT) JULIAN A. JAVIER | TITLE Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/3/06
Date

Signature of Server

Address of Server: PO BOX 11072 TAMUNING, GU 96931

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.