JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines Shipholdings II Inc.*

FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**ANSWER OF DEFENDANT IN PERSONAM TRANSATLANTIC LINES SHIPHOLDINGS II INC.** |

**COMES NOW,** TRANSATLANTIC LINES SHIPHOLDINGS II INC. ("TransAtlantic Lines"), the In Personam Defendant in the above-styled and numbered case, by and through counsel, and in answer to the Plaintiff's Complaint ("Complaint") herein admits, denies and alleges as follows:

1. In Personam Defendant **TRANSATLANTIC LINES** (hereinafter "TransAtlantic Lines") admits the allegations contained in paragraphs 1, 2, 3, 4, 6, 7, 9, and 12 of the Complaint.

2. TransAtlantic Lines denies the allegations contained in paragraphs 8, 11, 13, and 14 of the Complaint.

ORIGINAL

3. In response to paragraph 5 of the Complaint, TransAtlantic Lines admits only that its principal place of business is in Connecticut, but denies that it is incorporated in Connecticut.

4. In response to paragraph 10 of the Complaint, TransAtlantic Lines admits only that Guam Shipyard performed repairs on the M/V Baffin Strait, but disputes the scope and nature of repairs alleged by Guam Shipyard.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim or claims upon which relief may be granted.

**WHEREFORE**, In Personam Defendant **TRANSATLANTIC LINES** prays judgment as follows:

1. That Plaintiff takes nothing by its Complaint;

2. For costs of suit incurred herein; and

3. For such other and further relief as the Court may deem just and proper.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: NOVEMBER 13, 2006    BY: _____
                                 JEHAN'AD G. MARTINEZ
                                 *Attorneys for Defendant in Personam TransAtlantic Lines Shipholdings II Inc.*

A62\74238-01
G:\WORDDOC\PLD\JGM\180-ANSWER OF DEF IN PERSONAM RE GUAM
INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC