JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines Shipholdings II Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> TRANSATLANTIC LINES, ) <br> ) <br> Defendant in Personam, ) <br> ) <br> M/V BONITO aka M/V TRANSPACIFIC, ) <br> ) <br> Defendant in Rem. ) | CIVIL CASE NO. 06-00033 <br><br> **CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ**, hereby certify that on November 13, 2006, a true and correct copy of the following: **ANSWER OF DEFENDANT IN PERSONAM TRANSATLANTIC LINES SHIPHOLDINGS II INC.**, filed herein on November 13, 2006, will be served via hand delivery upon the following:

ELYZE J.T. MCDONALD, ESQ.
DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**DATED** this 13th day of November, 2006.

JEHAN'AD G. MARTINEZ

A62\74238-01
G:\WORDDOC\PLD\JGM\180-CERTIFICATE OF SERVICE RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC

ORIGINAL