JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*


FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO. 06-00033 <br><br> **MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS IN REM DEFENDANT** |

**COMES NOW**, Defendant In Rem **M/V BONITO aka M/V TRANSPACIFIC** (the "Vessel"), through its owner **TRANSATLANTIC LINES TANKHOLDINGS INC.** (the "Vessel Owner"), who entered a restricted appearance pursuant to Supplemental Admiralty Rule E(8) and herein submits its Motion to Dismiss this action.

### MOTION

This Motion is brought pursuant to FED R. CIV. P. 12(b)(6), and is based upon the attached Memorandum of Points and Authorities, Declaration of Gudmundur Kjaernested, the evidence in this case and any materials which may be submitted at oral argument in the matter.

//

## FACTS

As alleged by Plaintiff **GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD** ("Guam Shipyard"), Guam Shipyard rendered repair services to the Vessel M/V Baffin Strait during a time between November and December 2004. (Compl. ¶¶ 7-10.) The M/V Baffin Strait, by both the general appearance made by the In Personam defendant in this action, as well as the Coast Guard Vessel Documentation Center, whose database is available publicly on-line, is owned by TransAtlantic Lines Shipholdings II Inc. An apparent dispute over the value of the services rendered to the M/V Baffin Strait exists between the owner of the M/V Baffin Strait and Guam Shipyard. (See Compl. generally.)

As a result of the dispute, Guam Shipyard "on information and belief" that the M/V Bonito aka M/V Transpacific (the "Vessel") was owned by the owner of the M/V Baffin Strait, sought and obtained permission of this Court to attach and seize the Vessel. (See Aff. Of Elyze McDonald, filed October 20, 2006.)

On October 20, 2006, the Vessel was in the Port of Guam flying the flag of the Kingdom of Sweden, and was owned by Goldcup D. 1862 AB, a Swedish LL Corp. While flying the Swedish flag, the Vessel was attached and seized by Guam Shipyard. (Kjaernested Aff. ¶4).

The Vessel was in the Port of Guam to be reflagged under the United States of America, renamed and transferred to the ownership of TransAtlantic Lines Tankholdings Inc. ("Vessel

Owner"), a corporation which was created under the laws of the State of Delaware. (Kjaernested Aff. ¶5).

While the companies are related, Vessel Owner is nevertheless a corporation which observes all corporate formalities separate and apart from TransAtlantic Lines Shipholdings II Inc., the owner of the M/V Baffin Strait. (Kjaernested Aff. ¶6).

At the time the Vessel was attached and seized by Guam Shipyard, it was not owned by Vessel Owner. Thereafter, while the Vessel was in the custody of the United States Marshal Service, ownership transferred to Vessel Owner. Neither Goldcup D. 1862 AB nor Vessel Owner created the debt associated with the M/V Baffin Strait, nor own the M/V Baffin Strait. (Kjaernested Aff. ¶7).

As a result of the illegal and wrongful seizure of the Vessel, the Vessel through it's registered owner, TransAtlantic Lines Tankholdings Inc., now seeks dismissal of this action against the in rem defendant and seeks return of it's $320,000 in cash posted as collateral in the Court register.

**ARGUMENT**

Guam Shipyard can pursue attachment and seizure of a vessel due to a maritime lien against the M/V Baffin Strait, its owner, or any of the owner's maritime assets, in the form of freight, cargo, or other vessels. However, the Vessel has no connection, direct or indirect, with the maritime lien at issue in the

//

- 3 -

proceeding. The M/V Baffin Strait and the Vessel are different vessels. A brief and perfunctory search as to the owner of the ships would have revealed the owner of the M/V Bonito aka M/V Transpacific to be absolutely unrelated to the owner of the M/V Baffin Strait. (Kjaernested Aff. ¶8). In addition, the seized vessel was flying an entirely different flag than that of the M/V Baffin Strait.

As Guam Shipyard has seized the wrong collateral for its lien, and can show no facts to support any contention that the owners of the M/V Baffin Strait and M/V Bonito aka M/V Transpacific are one and the same, or that the *rem* is the same, the Defendant In Rem should be dismissed from the proceedings.

Further, the wanton disregard for the rights of the owner of the M/V Bonito is grossly negligent, and Guam Shipyard should be subject to damages inflicted upon Vessel Owner. (Kjaernested Aff. ¶¶9 and 10). The procedure for determining the owner of a ship is so basic and effortless, and the potential costs for wrongful arrest are so substantial, that failure to follow these minimalist measures is exceedingly careless. "The gravamen of the right to recover damages for wrongful seizure or detention of vessels is the bad faith, malice, or gross negligence of the offending party." Frontera Fruit Co. v. Dowling, 91 F.2d 293, 297 (5th Cir.1937). See also, Marastro Compania Naviera v. Canadian Maritime Carriers Ltd., 959 F.2d 49, 53 (5th Cir.1992).

## CONCLUSION

For the foregoing reasons, the Vessel should be dismissed as an In Rem Defendant from this action, the Vessel Owner's Pledge of $320,000 in the Court's Register should be returned to the Vessel Owner and Shipyard should reimburse the Vessel Owner for damages sustained as a result of its illegal and wrongful seizure of the Vessel.

**RESPECTFULLY SUBMITTED** this 13th day of November, 2006.

**BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

A62\74239-01
G:\WORDDOC\PLD\JGM\D181D-MEMORANDUM RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 Pacific News Building
38 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857