JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO. 06-00033 <br><br><br> **MOTION TO FILE FACSIMILE SPECIMEN** |

**COMES NOW**, Defendant In Rem **M/V BONITO aka M/V TRANSPACIFIC** (the "Vessel"), through its owner **TRANSATLANTIC LINES TANKHOLDINGS INC.** (the "Vessel Owner"), and herein requests the Court's permission to file a facsimile specimen of the Declaration of Gudmundur Kjaernested in Support of Motion to Dismiss In Rem Defendant ("Declaration") in the above-styled action. The original of the Declaration will be submitted to the Court immediately upon receipt of same.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: NOVEMBER 13, 2006    BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

A62\74239-01
G:\WORDDOC\PLD\JGM\D181A-MTN TO FILE FACSIMILE SPECIMEN RE
GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC

ORIGINAL