JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, | CIVIL CASE NO. 06-00033 |
| Plaintiff, | |
| vs. | DECLARATION OF GUDMUNDUR KJAERNESTED IN SUPPORT OF MOTION TO DISMISS IN REM DEFENDANT |
| TRANSATLANTIC LINES, | |
| Defendant in Personam, | |
| M/V BONITO aka M/V TRANSPACIFIC, | |
| Defendant in Rem. | |

I, **GUDMUNDUR KJAERNESTED**, under penalty of perjury, do hereby declare and state as follows:

1. I am the Vice President of TransAtlantic Lines Tankholdings Inc., the owner of the Vessel M/V Bonito aka M/V Transpacific.

2. I have personal knowledge and understanding of the facts contained within this Declaration and can competently testify to its contents at trial in this matter.

3. I file this Declaration in support of TransAtlantic Lines Tankholdings Inc.'s Motion to Dismiss the above-styled

action against the In Rem Defendant, the M/V Bonito aka M/V Transpacific ("the Vessel").

4. On October 20, 2006, the Vessel was in the Port of Guam flying the flag of the Kingdom of Sweden, and was owned by Goldcup D. 1862 AB, a Swedish LL Corp. While flying the Swedish flag, the Vessel was attached and seized by Plaintiff, Guam Industrial Services dba Guam Shipyard ("Plaintiff").

5. The Vessel was in the Port of Guam to be reflagged under the United States of America, renamed and transferred to the ownership of TransAtlantic Lines Tankholdings Inc., a corporation which was created under the laws of the State of Delaware.

6. While the companies are related, TransAtlantic Lines Tankholdings Inc. is nevertheless a corporation which observes all corporate formalities separate and apart from TransAtlantic Lines Shipholdings II Inc., the owner of the M/V Baffin Strait.

7. At the time the Vessel was attached and seized by Plaintiff, it was not owned by TransAtlantic Lines Tankholdings Inc. Thereafter, while the Vessel was in the custody of the United States Marshal Service, ownership transferred to TransAtlantic Lines Tankholdings Inc. Neither Goldcup D. 1862 AB nor TransAtlantic Lines Tankholdings Inc. created the debt associated with the M/V Baffin Strait, nor owned the M/V Baffin Strait.

8. Reasonable diligence in checking the Lloyd's records or ship registration information clearinghouses would have disclosed to Plaintiff that it was seizing the wrong vessel. These are efforts that ship owners as well as admiralty lawyers are ordinarily familiar with.

9. As a result of the seizure of the Vessel, TransAtlantic Lines Tankholdings Inc. has been forced to retain counsel to extricate the vessel so that it may be turned over to its chartering party. Furthermore, TransAtlantic Lines Tankholdings Inc. has had to pledge $320,000 in substitute collateral into the registry of the District Court of Guam for which it is receiving no interest.

10. Plaintiff's failure to reasonably, even minimally, investigate the ownership of the Vessel prior to its attachment and seizure has caused TransAtlantic Lines Tankholdings Inc. to suffer damages.

I declare under penalty of perjury and the laws of the United States and of the territory of Guam that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: NOVEMBER 13, 2006

_____
GUDMUNDUR KJAERNESTED

A62\74239-01
G:\WORDDOC\PLD\JGM\181C-DECLARATION OF GK IN SUPP OF MTN TO DISMISS RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC

- 3 -

AIR STERLING JOHNSON
ARTINEZ & LEON GUERRERO
ROFESSIONAL CORPORATION
ite 1008 Pacific News Building
8 Archbishop F.C. Flores Street
GÅTÑA, GUAM 96910-5205
:LEPHONE: (671) 477-7857