```
JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
```

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*



FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>    Plaintiff,<br>vs.<br><br>TRANSATLANTIC LINES,<br><br>    Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>    Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ**, hereby certify that on November 13, 2006, true and correct copies of the following: **NOTICE OF MOTION TO DISMISS IN REM DEFENDANT; MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS IN REM DEFENDANT; MOTION TO FILE FACSIMILE SPECIMEN; [PROPOSED] ORDER GRANTING PERMISSION TO FILE FACSIMILE SPECIMEN;** and **DECLARATION OF GUDMUNDUR KJAERNESTED IN SUPPORT OF MOTION TO DISMISS IN REM DEFENDANT** filed herein on November 13, 2006, will be served via hand delivery upon the following:

    ELYZE J.T. MCDONALD, ESQ.
    DAVID P. LEDGER, ESQ.
    CARLSMITH BALL
    BANK OF HAWAII BUILDING
    SUITE 401
    134 WEST SOLEDAD AVENUE
    HAGÅTÑA, GUAM 96910

**DATED** this 13th day of November, 2006.

                                                              JEHAN'AD G. MARTINEZ

```
A62\74239-01
G:\WORDDOC\PLD\JGM\181E-CERTIFICATE OF SERVICE (IN REM) RE
GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC
```

ORIGINAL