JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> TRANSATLANTIC LINES, ) <br> ) <br> Defendant in Personam, ) <br> ) <br> M/V BONITO aka M/V TRANSPACIFIC, ) <br> ) <br> Defendant in Rem. ) | CIVIL CASE NO.06-00033 <br><br> NOTICE OF MOTION TO DISMISS IN REM DEFENDANT |

**TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the ___9___ day of ___January___, 2007, at the hour of _11_ o'clock _a_.m., Defendant In Rem, **M/V BONITO aka M/V TRANSPACIFIC**, through its owner **TRANSATLANTIC LINES TANKHOLDINGS INC.**, by its counsel, Blair Sterling Johnson Martinez & Leon Guerrero, P.C., through Jehan'Ad G. Martinez, will move the Court, for an order dismissing the action against In Rem Defendant **M/V BONITO aka M/V TRANSPACIFIC**.

**RESPECTFULLY SUBMITTED** this 13th day of November, 2006.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY:_____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

RECEIVED
NOV 13 2006
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

A62\74239-01
G:\WORDDOC\PLD\JGM\181D-NTC OF MTN TO FILE FACSIMILE SPECIMEN
RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC

ORIGINAL

Case 1:06-cv-00033   Document 32   Filed 11/15/2006   Page 1 of 1