JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO. 06-00033 <br><br> ORDER GRANTING PERMISSION TO FILE FACSIMILE SPECIMEN |

**THIS MATTER** having come before the Court on Defendant In Rem's Motion to File Facsimile Specimen of Declaration of Gudmundur Kjaernested in Support of Motion to Dismiss In Rem Defendant ("Declaration"), and

**HAVING CONSIDERED** the request and good cause having been shown,

**IT IS SO ORDERED** that Defendant In Rem's Motion to File Facsimile Specimen should be and hereby is **GRANTED**.

SO ORDERED 11-15-06.

_____
FRANCES TYDINGCO-GATEWOOD
CHIEF JUDGE, DISTRICT COURT OF GUAM

A62\74239-01
G:\WORDDOC\PLD\JGM\181B-PROPOSED ORDER GRANTING MTN TO FILE FACSIMILE SPECIMEN RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC