JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**NOTICE OF WITHDRAWAL OF REQUEST FOR ORAL ARGUMENT** |

**TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:**

**COMES NOW** Defendant in Rem **M/V BONITO AKA M/V TRANSPACIFIC** (hereinafter "Defendant") and hereby gives notice that it does not request oral argument in connection with its Motion to Dismiss filed on November 13, 2006. Defendant respectfully requests that its Notice of Motion, only, be stricken and that its Motion to Dismiss proceed without oral argument.

**RESPECTFULLY SUBMITTED** this 17th day of November, 2006.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY:_____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

A62\74239-01
G:\WORDDOC\PLD\JGM\183-NTC OF WITHDRAWAL OF REQ 4 ORAL ARGUMENT RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC