ORIGINAL

JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Rem M/V Bonito aka M/V Transpacific*

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO. 06-00033 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ**, hereby certify a true and correct copy of the following: **NOTICE OF WITHDRAWAL OF REQUEST FOR ORAL ARGUMENT** filed herein on November 17, 2006, will be served via hand delivery on November 17, 2006 or soon thereafter, upon the following:

> ELYZE J.T. MCDONALD, ESQ.
> DAVID P. LEDGER, ESQ.
> CARLSMITH BALL
> BANK OF HAWAII BUILDING
> SUITE 401
> 134 WEST SOLEDAD AVENUE
> HAGÅTÑA, GUAM 96910

**DATED** this 17th day of November, 2006.

_____
JEHAN'AD G. MARTINEZ

A62\74239-01
G:\WORDDOC\PLD\JGM\183-CERTIFICATE OF SERVICE (IN REM) RE GUAM
INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC