CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard

# FILED
DISTRICT COURT OF GUAM

JAN 3 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, | CIVIL CASE NO. CIV06-00033 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TRANSATLANTIC LINES, | |
| Defendant in Personam. | |
| M/V BONITO aka M/V TRANSPACIFIC, | |
| Defendant in Rem. | |

The undersigned parties hereby advise the Court that they have reached a settlement in this case and that the submission of a Scheduling Order and Discovery Plan will not be necessary; and

The parties also hereby stipulate to continue the Scheduling Conference, scheduled for Thursday, January 18, 2007 at 10:00 a.m., to February 19, 2007 at 10:00 a.m. in order to accommodate the finalization of the settlement agreement.

# ORIGINAL

4834-0810-7777.1.058150-00002

SO STIPULATED AND AGREED TO this 3rd day of January 2007.

CARLSMITH BALL LLP

_[signature]_
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Guam Industrial Services dba Guam Shipyard


SO STIPULATED AND AGREED TO this _3rd_ day of January 2007.

BLAIR STERLING JOHNSON ~~MOODY~~
MARTINEZ & LEON GUERRERO, P.C.

_[signature]_
JEHAN' AD G. MARTINEZ
Attorneys for Defendants
TransAtlantic Lines Shipholdings II Inc.,
In Rem M/V Bonito aka M/V Transpacific


## ORDER

**SO ORDERED** this _____.

DISTRICT COURT OF GUAM

_____
HONORABLE
JOAQUIN V.E. MANIBUSAN
U.S. Magistrate Judge