CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff

Guam Industrial Services dba Guam Shipyard

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam.<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br><br><br><br>**ORDER** |

Pursuant to a Stipulation filed January 3, 2007, the parties have indicated that a settlement in this case has been reached and the submission of a proposed Scheduling Order and Discovery Plan will not be necessary. The Court agrees and accordingly vacates the Scheduling Conference scheduled for January 18, 2007, and instead sets this matter for a status hearing on February 20, 2007, at 10:30 a.m.

**SO ORDERED** this 8th day of January 2007.



/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**