JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines
and Defendant in Rem M/V Bonito aka M/V Transpacific*



FILED
DISTRICT COURT OF GUAM
JAN -8 2007 
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC. DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**STIPULATION FOR CONTINUANCE OF ORAL ARGUMENT FOR MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that they settlement negotiations are currently being discussed; and

**IT IS FURTHER STIPULATED** that the Oral Argument currently set for the M/V Bonito's Motion to Dismiss be continued for approximately one month in order to accommodate the finalization of the settlement.

| | |
|---|---|
| **BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO** A PROFESSIONAL CORPORATION<br><br>BY:_____<br>**JEHAN'AD G. MARTINEZ**<br>*Attorneys for Defendant in Personam TransAtlantic Lines and Defendant in Rem M/V Bonito aka M/V Transpacific*<br>DATED: JANUARY 8, 2007 | **CARLSMITH BALL LLP**<br><br><br>BY:_____<br>**DAVID P. LEDGER**<br>*Attorneys for Plaintiff Guam Industrial Services, Inc. dba Guam Shipyard*<br><br>DATED: JANUARY 8, 2007 |

A62\74239-01
G:\WORDDOC\PLD\JGM\188-STIP 4 CONTINUANCE RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC