JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines and Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC. DBA GUAM SHIPYARD,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>    Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>    Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**STIPULATION FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that all claims asserted by Plaintiff **GUAM INDUSTRIAL SERVICES, INC. DBA GUAM SHIPYARD** against Defendants **TRANSATLANTIC LINES** and **M/V BONITO AKA M/V TRANSPACIFIC** are hereby dismissed, in their entirety, with prejudice. The parties agree to the release of the security. The parties shall bear their own attorneys' fees and costs.

**IT IS FURTHER STIPULATED** that the substitute collateral posted by **TRANSATLANTIC LINES TANKHOLDINGS INC.** to secure the release of the **M/V BONITO AKA M/V TRANSPACIFIC** be released in the following manner:

1. payable to counsel for Plaintiff the sum of $204,000; and

2. payable to counsel for Defendants the sum of $106,000.

**SO STIPULATED.**

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: FEBRUARY 20, 2007     BY: _____
 **JEHAN'AD G. MARTINEZ**
 *Attorneys for Defendant in Personam TransAtlantic Lines and Defendant in Rem M/V Bonito aka M/V Transpacific*

**CARLSMITH BALL LLP**

DATED: FEBRUARY 20, 2007     BY: _____
 **DAVID P. LEDGER**
 *Attorneys for Plaintiff Guam Industrial Services, Inc. dba Guam Shipyard*

```
A62:V49\74239-01
G:\WORDDOC\PLD\JGM\186-STIP 4 DWP RE GUAM INDUSTRIAL SVCS V
TRANSATLANTIC LINES.DOC
```