JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines
and Defendant in Rem M/V Bonito aka M/V Transpacific*

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES DBA GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant in Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO.06-00033 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ**, hereby certify that on February 20, 2007, a true and correct copy of the **STIPULATION FOR DISMISSAL**, filed herein on February 20, 2007, and a true and correct copy of the **ORDER RE DISMISSAL**, e-mailed to the District Court of Guam herein on February 20, 2007, has been or shortly hereafter will be served via hand delivery upon the following:

> DAVID P. LEDGER, ESQ.
> CARLSMITH BALL
> BANK OF HAWAII BUILDING
> SUITE 401
> 134 WEST SOLEDAD AVENUE
> HAGÅTÑA, GUAM 96910

**DATED** this 20th day of February, 2007.

_____
JEHAN'AD G. MARTINEZ



ORIGINAL

A62\74239-01
G:\WORDDOC\PLD\JGM\166-CERT OF SVC (STIP 4 DISMISSAL & ORDER RE DISMISSAL) RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.