JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant in Personam TransAtlantic Lines
and Defendant in Rem M/V Bonito aka M/V Transpacific*



FILED
DISTRICT COURT OF GUAM

FEB 21 2007

MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC. DBA GUAM SHIPYARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**ORDER RE DISMISSAL** |

The parties hereto, having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that all claims in the instant action asserted by Plaintiff **GUAM INDUSTRIAL SERVICES, INC. DBA GUAM SHIPYARD** against Defendants **TRANSATLANTIC LINES** and **M/V BONITO AKA M/V TRANSPACIFIC** are hereby dismissed, in their entirety, with prejudice. The parties agree to the release of the security. The parties shall bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the substitute cash collateral posted by **TRANSATLANTIC LINES TANKHOLDINGS INC.** to secure the release of the

ORIGINAL

M/V BONITO AKA M/V TRANSPACIFIC is hereby released in the following manner:

    1. payable to counsel for Plaintiff the sum of $204,000; and

    2. payable to counsel for Defendants the sum of $106,000.

SO ORDERED this 2/20/07.

_____
HONORABLE FRANCES TYDINGCO-GATEWOOD
CHIEF JUDGE, DISTRICT COURT OF GUAM

*SUBMITTED BY:*

**BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Defendant in Personam TransAtlantic Lines
and Defendant in Rem M/V Bonito aka M/V Transpacific*

DATED: FEBRUARY 20, 2007

A62:V49\74239-03
G:\WORDDOC\PLD\JGM\186-ORDER RE DISMISSAL RE GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC