UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., dba GUAM SHIPYARD, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSATLANTIC LINES, <br><br> Defendant In Personam, <br><br> M/V BONITO aka M/V TRANSPACIFIC, <br><br> Defendant in Rem. | CIVIL CASE NO. 06-00033 <br><br><br><br> **J U D G M E N T** |

Judgment is hereby entered in accordance with the Order re Dismissal filed on February 21, 2007.

Dated this 21th day of February, 2007, Hagatna, Guam.

                                              MARY L. M. MORAN
                                              Clerk of Court


                                              By: /s/ Renee M. Martinez
                                                    Deputy Clerk