1
2
3
4
5
6
7
8

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9 GUAM INDUSTRIAL SERVICES, INC.,
dba GUAM SHIPYARD,

CIVIL CASE NO. 06-00033

10
Plaintiff,

11
vs.

12

**NOTICE OF ENTRY**

TRANSATLANTIC LINES,

13
Defendant In Personam,

14

M/V BONITO aka M/V TRANSPACIFIC,

15
Defendant in Rem.

16

17          Notice is hereby given that on the date indicated below this court entered on the docket of

18    the above-entitled case the following:

19          **Clerk's Judgment filed February 21, 2007**
            **Date of Entry: February 21, 2007**
20
The original judgment is on file at the Clerk's Office of this Court.  The document may viewed at
21
the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.
22
Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov.
23
            Dated this 21st day of February, 2007.
24

25

26                                              MARY L.M. MORAN
                                                Clerk, District Court of Guam
27

28                                              By: /s/ Renee M. Martinez
                                                    Deputy Clerk