

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC.<br>dba GUAM SHIPYARD,<br><br>         Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>         Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>         Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>**ACKNOWLEDGMENT OF<br>U.S. TREASURY CHECK** |

I, _ARIES J. MENDIOLA_, hereby acknowledge receipt of U.S. Treasury check no. 00042640, in the amount of $106,000.00, dated March 9, 2007. Attached hereto is a copy of the check.

_3/9/2007_
Date

Signature
Blair, Sterling, Johnson, Martinez
+ Leon Guerrero P.C.

**ORIGINAL**



**United States Treasury** 15-51/000

DISTRICT COURT
AGANA, GU

4694-00042640

Check No.

03 09 07    Order filed 02/21/07    00042640

Pay to
the order of

BLAIR STERLING JOHNSON
MARTINEZ AND LEON GUERRERO
CV-06-00033  PNB, STE. 1008
238 ARCHBISHOP FLORES ST.
HAGATNA  ,  GU   96910

$***106,000*00

VOID AFTER ONE YEAR

*Mary L. M. Mora*

REF. NO.

DISBURSING OFFICER

⑈4694⑈  ⑆000000518⑆  00042640⑈