
FILED
DISTRICT COURT OF GUAM
MAR -9 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC.<br>dba GUAM SHIPYARD<br><br>Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC LINES,<br><br>Defendant in Personam,<br><br>M/V BONITO aka M/V TRANSPACIFIC,<br><br>Defendant in Rem. | CIVIL CASE NO. 06-00033<br><br>ACKNOWLEDGMENT OF<br>U.S. TREASURY CHECK |

I, __Ronald G. Ponce__, hereby acknowledge receipt of U.S. Treasury check no. 00042641, in the amount of $204,000.00, dated March 9, 2007. Attached hereto is a copy of the check.

3/09/07
Date

Signature
Carlsmith Ball

**ORIGINAL**



**United States Treasury** 15-51/000

DISTRICT COURT
AGANA, GU

4694-U0042641

Check No.

03 09 07   Order filed 02/21/07   00042641

Pay to the order of

CARLSMITH BALL LLP
CV-06-00033
BANK OF HAWAII BUILDING
134 W. SOLEDAD AVE., STE 401
HAGATNA , GU 96910

$***204,000*00

VOID AFTER ONE YEAR

*Mary L.M. Moca*
DISBURSING OFFICER

REF. NO.

⑊46948⑊  ⑈000000518⑈  00042641⑊